EXHIBIT A

2024CV03833-10

EFILED
CLAYTON COUNTY, GA
9/26/2024 6:52 PM
Chanae Q. Clemons
CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| AMANDA STINSON, | |
| Plaintiff, | CIVIL ACTION NO.: |
| v. | 2024CV03833-10 |
| NAVY FEDERAL CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

## **COMPLAINT**

Plaintiff Amanda Stinson (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against the Defendants, Navy Federal Credit Union (hereinafter "NFCU") and Experian Information Solutions, Inc. (hereinafter "Experian") (collectively "Defendants"), hereby alleges as follows:

## **INTRODUCTION**

1.

This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits credit furnishers and consumer reporting agencies (hereinafter "CRA" or "CRAs") from falsely and inaccurately reporting consumers' credit information.

AG

## PARTIES

2.

Plaintiff is an adult citizen of the State of Georgia, residing in Ellenwood, Clayton County, Georgia.

3.

Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.

NFCU is a federal credit union and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

5.

NFCU maintains its principal office in the State of Virginia and regularly conducts business in the State of Georgia.

6.

Experian is a corporation that engages in the business of maintaining and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

7.

Experian maintains its principal office in the State of California and regularly conducts business in the State of Georgia. Experian is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

8.

This Court holds jurisdiction over Experian pursuant to O.C.G.A. § 9-10-91 because (1) Experian transacted business with NFCU and Plaintiff in relation to the acts and/or omissions at issue; (2) Experian's acts and/or omissions at issue were committed in the State of Georgia by way of Experian's interactions with Plaintiff; and (3) Plaintiff's damages in this matter occurred in the State of Georgia by way of Experian's inaccurate and detrimental credit reporting of her NFCU account.

9.

This Court holds jurisdiction over NFCU pursuant to O.C.G.A. § 9-10-91 because (1) NFCU transacted business with Experian and Plaintiff in relation to the acts and/or omissions at issue; (2) NFCU's acts and/or omissions at issue were committed in the State of Georgia by way of NFCU's credit reporting interactions with Plaintiff; and (3) Plaintiff's damages in this matter occurred in the State of Georgia by way of NFCU's inaccurate and detrimental credit reporting of her NFCU account.

10.

Venue is proper in this Court pursuant to O.C.G.A. § 9-10-93 because a substantial part of the business was transacted and the acts and/or omissions in this matter, or some part thereof, occurred within Clayton County, Georgia; and Plaintiff is domiciled in Clayton County, Georgia.

## FACTUAL ALLEGATIONS

### 11.

NFCU issued a credit account ending in 0352 to Plaintiff. The NFCU account was routinely reported on Plaintiff's consumer credit report.

### 12.

The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

### 13.

On or about August 15, 2023, Plaintiff and Brock & Scott, PLLC, on behalf of NFCU, entered into a settlement agreement for the above-referenced account. Pursuant to the terms of the settlement, Plaintiff was required to make one lump sum payment totaling $2,650.00 to settle and close her NFCU account.

### 14.

Plaintiff, via her debt settlement representative, timely made the requisite settlement payment. A "paid in full" letter evidencing Plaintiff's completion of the settlement agreement and settlement payment is attached hereto as **Exhibit A**.

### 15.

However, months later, Plaintiff's NFCU account continued to be negatively reported.

16.

In particular, on a requested credit report dated February 29, 2024, Plaintiff's NFCU account was reported with a status of "Charge Off," a balance of $1,404.00, and an amount past due of $1,404.00. The relevant portion of Plaintiff's February 2024 credit report is attached hereto as **Exhibit B**.

17.

This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

18.

On or about March 8, 2024, Plaintiff, via counsel, notified the national CRAs directly, including Experian, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's NFCU account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit C**.

19.

Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by NFCU to Experian via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

20.

Following the completion of the dispute period allotted under the FCRA, including in April 2024 and September 2024, Plaintiff requested updated credit reports and found that Defendants failed to make the required corrections to her NFCU account. The relevant portions of Plaintiff's April 2024 and September 2024 credit reports are attached hereto as **Exhibit D**.

21.

Upon information and belief, neither Experian nor any other CRA notified NFCU of the dispute by Plaintiff in accordance with the FCRA. Alternatively, Experian or another CRA did notify NFCU of Plaintiff's dispute, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit reports.

22.

If Defendants had performed a reasonable investigation of Plaintiff's dispute, then Plaintiff's NFCU account would have been updated to reflect a settled status with a balance of $0.00.

23.

Although NFCU has promised through its subscriber agreements and/or contracts to accurately update consumer accounts, NFCU has nonetheless intentionally, willfully, recklessly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA. This has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

24.

Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the NFCU account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

25.

At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

26.

At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees was intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

27.

Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

28.

Experian is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

29.

NFCU is an entity that, regularly and in the course of business, furnishes credit information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

30.

NFCU is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a of the FCRA.

31.

Plaintiff notified the national CRAs directly, including Experian, regarding a dispute on the NFCU account's completeness and/or accuracy, as reported.

32.

Upon information and belief, NFCU failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

33.

NFCU failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

34.

NFCU failed to correct and update Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

35.

Experian failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute.

36.

Experian failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the NFCU account in question, thus violating 15 U.S.C. § 1681e(b).

37.

As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: decreased credit score, decreased credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

38.

As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## CLAIM FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

(a)    That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

(b)    That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

(c)    That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

(d)    That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

(e)    That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to O.C.G.A. § 9-11-38, Plaintiff demands a trial by jury in this action of all issues so triable.


Dated:  September 26, 2024


Respectfully submitted,

**Law Offices of Robert S. Gitmeid
& Associates, PLLC**


*/s/ LaTonya Sims*
_____
By: LaTonya Sims, Esq.
Georgia Bar No. 711135
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Counsel for Plaintiff Amanda Stinson*

# EXHIBIT A

4787

# BROCK & SCOTT, PLLC

THOMAS E. BROCK*
GREGORY A. SCOTT*

**1315 WESTBROOK PLAZA DRIVE**
**WINSTON-SALEM, NC 27103**
**336-354-0110, 888-461-7908**
**FAX 336-354-1588**
**MON-FRI 8:30AM - 5:30PM ET**

ROCKVILLE, MD
VIRGINIA BEACH, VA
WINSTON-SALEM, NC
COLUMBIA, SC
ATLANTA, GA
FRANKLIN, TN
FT LAUDERDALE, FL
FARMINGTON HILLS, MI

*Licensed in NC

August 28, 2023

AMANDA R STINSON

Creditor: Navy Federal Credit Union
Account Number: ***********0352
Our Reference Number: ████████7227

Dear AMANDA R STINSON:

We have received your total payment of **$2,650.00** on the above referenced account. This account is now settled and has been closed with receipt of this amount. Our firm will file the necessary paperwork to dismiss the lawsuit that was filed against you on behalf of the creditor in case #2023CM13071, in Clayton County. If you have any questions, please feel free to contact us directly.

Sincerely,

BROCK & SCOTT, PLLC
Toll Free: (888) 461-7908  Fax: (336) 354-1588
E-mail: Collections@brockandscott.com

**This communication is from a debt collector.**

# EXHIBIT B

24CV03933-101

# Credit report

Provided by EQUIFAX

Report date: Feb 29, 2024

## Personal info

| | |
|---|---|
| Reported names | Amanda R Stinson |
| DOB | |
| SSN | |
| Employment info | |

Addresses

Date reported

## Account summary

## Accounts

Credit cards

2024CV03933-101

## NAVY FEDERAL CU
Reported: Jan 31, 2024

$1,404.00
Closed

### Overview

Balance: $1,404.00

### Payment history

Amount Past Due                                           $1,404.00

### Account details

| | |
|---|---|
| Account Number | 0352 |
| Account Status | Charge Off |
| Open Date | |
| Last Activity | |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Charged Off Account, Account Closed By Credit Grantor, Fixed Rate |
| Times 30/60/90 Days Late | |
| Months Reviewed | |
| Term Source Type | |
| High Balance | |
| High Credit | |

### Creditor information

NAVY FEDERAL CU
ONE SECURITY PLACE
MERRIFIELD, VA 22119
(800) 336-3333



# EXHIBIT C



**The Law Offices of**

# ROBERT S. GITMEID & ASSOC., PLLC

March 8, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions                Equifax Information Services, LLC
P.O. Box 2000                                P.O. Box 740256
Chester, PA 19016                            Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

|                    |                            |
|--------------------|----------------------------|
| Re:                | Amanda Stinson             |
| Creditor:          | Navy Federal Credit Union  |
| Collection Agency: | Brock & Scott, PLLC        |
| Account No.:       | Ending in 0352             |
| SSN:               | Ending in ▓▓▓              |
| Address:           | ▓▓▓▓▓▓▓▓▓▓                 |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Amanda Stinson with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about August 15, 2023, Ms. Stinson and Brock & Scott, PLLC on behalf of Navy Federal Credit Union ("Navy FCU") entered into a settlement agreement for the above-referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Ms. Stinson was required to make a lump sum payment totaling $2,650.00 to settle and close her Navy FCU account. Ms. Stinson, via her debt settlement representative, timely made the requisite settlement payment. A Paid in Full letter is attached herein for your review.

However, many months later, Ms. Stinson's account continues to be negatively reported. In particular, on a requested credit report dated February 29, 2024, Ms. Stinson's account was reported with a status of "CHARGE OFF", a balance of $1,404.00 and a past due balance of $1,404.00. The relevant portion of Ms. Stinson's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Melissa Rodriguez
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Melissa.R@gitmeidlaw.com
(866) 249-1137

**4787**

THOMAS E. BROCK•
GREGORY A. SCOTT•

# BROCK & SCOTT, PLLC
**1315 WESTBROOK PLAZA DRIVE**
**WINSTON-SALEM, NC 27103**
**336-354-0110, 888-461-7908**
**FAX 336-354-1588**
**MON-FRI 8:30AM – 5:30PM ET**

ROCKVILLE, MD
VIRGINIA BEACH, VA
WINSTON-SALEM, NC
COLUMBIA, SC
ATLANTA, GA
FRANKLIN, TN
FT LAUDERDALE, FL
FARMINGTON HILLS, MI

•Licensed in NC

August 28, 2023

AMANDA R STINSON

Creditor: Navy Federal Credit Union
Account Number: ************0352
Our Reference Number: ████7227

Dear AMANDA R STINSON:

We have received your total payment of **$2,650.00** on the above referenced account. This account is now settled and has been closed with receipt of this amount. Our firm will file the necessary paperwork to dismiss the lawsuit that was filed against you on behalf of the creditor in case #2023CM13071, in Clayton County. If you have any questions, please feel free to contact us directly.

Sincerely,

BROCK & SCOTT, PLLC
Toll Free: (888) 461-7908  Fax: (336) 354-1588
E-mail: Collections@brockandscott.com

**This communication is from a debt collector.**

2024CV03933-101

# Credit report

Provided by EQUIFAX

Report date: Feb 29, 2024

## Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| Amanda R Stinson | | | |

DOB

SSN

Employment info

## Account summary

## Accounts

Credit cards



| NAVY FEDERAL CU | $1,404.00 |
| Reported: Jan 31, 2024 | Closed |

**Overview**

Balance: $1,404.00

**Payment history**

**Account details**

| Account Number | ██████0352 |
| Account Status | Charge Off |
| Open Date | |
| Last Activity | |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Charged Off Account, Account Closed By Credit Grantor, Fixed Rate |
| Times 30/60/90 Days Late | |
| Months Reviewed | |
| Term Source Type | |
| High Balance | |
| High Credit | |

**Creditor information**

NAVY FEDERAL CU
ONE SECURITY PLACE
MERRIFIELD, VA 22119
(800) 336-3333

Amount Past Due    $1,404.00



# EXHIBIT D

# Credit report

| TransUnion | Equifax | Experian | All bureaus |



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| VantageScore 3.0 | | | |
| Report date | Apr 17, 2024 | Apr 17, 2024 | Apr 17, 2024 |

## Personal info

| | | | |
|---|---|---|---|
| Reported names | Amanda Ruth Stinson | Amanda R Stinson<br>Amanda Ruth Jonesstinson | Amanda R Stinson |
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |



## Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total accounts | | | |
| Open accounts | | | |
| Closed accounts | | | |
| Delinquent | | | |
| Derogatory | | | |
| Collections | | | |
| Balances | | | |
| Payments | | | |
| Public records | | | |
| Inquiries (2 years) | | | |



## Accounts

We gathered all of the accounts listed on your report for you. Click on any account to learn more about your history and how to plan for tomorrow.

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|

### Credit cards









| | Feb 29, 2024 | $0.00 | | Mar 31, 2024 | $1,404.00 |
|---|---|---|---|---|---|
| Hide details ⊖ | | NAVY FCU | | | NAVY FEDERAL CR UNION |

| **Account details** | | **Account details** | |
|---|---|---|---|
| Account Number | ▇▇ XXXX | Account Number | ▇▇ 035X |
| Date Opened | Dec 3, 2015 | Date Opened | Dec 3, 2015 |
| Last Activity | Feb 29, 2024 | Last Activity | Jan 1, 2023 |
| Original Creditor | | Original Creditor | |
| Monthly Payment | $0.00 | Monthly Payment | $0.00 |
| Term Source Type | | Term Source Type | |
| Current Rating | Collection/Charge-off | Current Rating | Collection/Charge-off |
| Status | Closed | Status | Charge Off |
| Type | Individual | Type | Individual |
| High Balance | $5,194.00 | High Balance | |
| Unpaid Balance | $0.00 | Unpaid Balance | $1,404.00 |
| Highest Adverse Rating | Collection/Charge-off | Highest Adverse Rating | Collection/Charge-off |

Rating | Collection/Charge off

Comments **Settled - Less Than Full Balance**

**Account details**

No History Is Available

**Collection agency**

NAVY FCU

Account ID:
225c952c0f56478ef6dffad4a6c1f591

---

Rating | Collection/Charge off

Comments | Unpaid Balance Reported As A Loss By Credit Grantor, Account Closed At Credit Grantor's Request

**Account details**

You've Made 83% Of Payments For This Account On Time.

**2024**
| | Jan | Feb | Mar | Apr | May | Jun |
| | N/A | N/A | CC | | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | | | | | | |

**2023**
| | Jan | Feb | Mar | Apr | May | Jun |
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | N/A | N/A | N/A | N/A |

**2022**
| | Jan | Feb | Mar | Apr | May | Jun |
| | OK | OK | OK | OK | OK | OK |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | OK | 30 | 60 | 90 | 120 | 120 |

**2021**
| | Jan | Feb | Mar | Apr | May | Jun |
| | OK | OK | OK | OK | OK | OK |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | OK | OK | OK | OK | OK | OK |

**2020**
| | Jan | Feb | Mar | Apr | May | Jun |
| | OK | OK | OK | OK | OK | OK |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | OK | OK | OK | OK | OK | OK |

**2019**
| | Jan | Feb | Mar | Apr | May | Jun |
| | OK | OK | OK | OK | OK | OK |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | OK | OK | OK | OK | OK | OK |

**2018**
| | Jan | Feb | Mar | Apr | May | Jun |
| | OK | OK | OK | OK | OK | OK |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | OK | OK | OK | OK | OK | OK |

**2017**
| | Jan | Feb | Mar | Apr | May | Jun |
| | | | | OK | OK | OK |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | OK | OK | OK | OK | OK | OK |

OK Paid on time
30 30 days past due
60 60 days past due
90 90 days past due
120 120 days past due
150 150 days past due
BR Bankruptcy
RF Repossession or foreclosure
CC Collection or charge off
VS Voluntary surrender
N/A No data available

**Collection agency**

NAVY FEDERAL CR UNION
820 FOLLIN LN SE
VIENNA, VA 22180
(888) 842-6328

Account ID:
f73e6f83fce53008492b71293cc0e057



# Credit report

TransUnion    Equifax    Experian    All bureaus



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| VantageScore® 3.0 | | | |
| Report date | Sep 24, 2024 | Sep 24, 2024 | Sep 24, 2024 |

## Personal info

| | | | |
|---|---|---|---|
| Reported names | Amanda Ruth Stinson | Amanda R Stinson<br>Amanda Ruth Jonesstinson | Amanda R Stinson |
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |



## Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total accounts | | | |
| Open accounts | | | |
| Closed accounts | | | |
| Delinquent | | | |
| Derogatory | | | |
| Collections | | | |
| Balances | | | |
| Payments | | | |
| Public records | | | |
| Inquiries (2 years) | | | |



## Accounts

We gathered all of the accounts listed on your report for you. Click on any account to learn more about your history and how to plan for tomorrow.

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|






### Credit cards

| | | | |
|---|---|---|---|
| Hide Details ⊘ | Feb 29, 2024 | **$0.00** | |
| | | NAVY FCU | |

**Account details**

| | |
|---|---|
| Account Number | ▮▮▮▮ XXXX |
| Date Opened | **Dec 3, 2015** |
| Last Activity | **Feb 29, 2024** |
| Original Creditor | |
| Monthly Payment | **$0.00** |
| Term Source Type | |
| Current Rating | **Collection/Charge-off** |
| Status | **Closed** |
| Type | **Individual** |
| High Balance | **$5,194.00** |
| Unpaid Balance | **$0.00** |
| Highest Adverse Rating | **Collection/Charge-off** |
| Most Recent Adverse Rating | **Collection/Charge-off** |
| Comments | **Settled - Less Than Full Balance** |

**Account details**

No History Is Available

**Collection agency**

| | | |
|---|---|---|
| Aug 31, 2024 | **$1,404.00** | |
| | NAVY FEDERAL CR UNION | |

**Account details**

| | |
|---|---|
| Account Number | ▮▮▮ 035X |
| Date Opened | **Dec 3, 2015** |
| Last Activity | **Jan 1, 2023** |
| Original Creditor | |
| Monthly Payment | **$0.00** |
| Term Source Type | |
| Current Rating | **Collection/Charge-off** |
| Status | **Charge Off** |
| Type | **Individual** |
| High Balance | |
| Unpaid Balance | **$1,404.00** |
| Highest Adverse Rating | **Collection/Charge-off** |
| Most Recent Adverse Rating | **Collection/Charge-off** |
| Comments | **Unpaid Balance Reported As A Loss By Credit Grantor, Account Closed At Credit Grantor's Request** |

**Account details**

You've Made 77% Of Payments For This Account On Time.

Account ID:
225c952c0f56478ef6dffad4a6c1f591

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | CC | CC | CC | CC |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | CC | CC | | | | |

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | CC | CC | N/A | N/A | N/A | N/A |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | ✓ | 30 | 60 | 90 | 120 | 120 |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2018 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2017 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| | | | ✓ | ✓ | ✓ | ✓ |

| | |
|---|---|
| ✓ | Paid on time |
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Collection agency**

NAVY FEDERAL CR UNION
820 FOLLIN LN SE
VIENNA, VA 22180
(888) 842-6328

Account ID:
f73e6f83fce5300849 2b71293cc0e057

