## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMANDA STINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 1:24-cv-05432-MLB-RGV |
| ) | |
| NAVY FEDERAL CREDIT UNION ) | |
| and EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS THE COMPLAINT'S CLAIMS AGAINST NAVY FEDERAL CREDIT UNION

COMES NOW, DEFENDANT NAVY FEDERAL CREDIT UNION ("NFCU"), and files its Motion to Dismiss the Complaint's Claims against Navy Federal Credit Union pursuant to Fed. R. Civ. P. 12(b)(6). As shown in the contemporaneously filed Memorandum of Law, Plaintiff's claims against NFCU fail to state a claim upon which relief can be granted and therefore are subject to dismissal as a matter of law.

WHEREFORE, NFCU respectfully requests that the Court dismiss the Complaint's Claims against NFCU with prejudice.

*(signatures below)*

1

Respectfully submitted this 2nd day of December, 2024.

|  |  |
|---|---|
| Akerman LLP | */s/Montoya M. Ho-Sang* |
| 999 Peachtree Street, NE | Montoya M. Ho-Sang |
| Suite 1700 | Georgia Bar No: 572105 |
| Atlanta, Georgia 30309 | montoya.ho-sang@akerman.com |
| (404) 733-9812 – Telephone | Samuel Z. Wesley |
| (404) 733-733-9912 – Facsimile | Georgia Bar No. 665076 |
|  | samuel.wesley@akerman.com |

*Counsel for Defendant NFCU*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on Monday, December 2, 2024 I electronically filed the foregoing **DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS THE COMPLAINT'S CLAIMS AGAINST NAVY FEDERAL CREDIT UNION** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

LaTonya Sims, Esq.
Law Offices of Robert S. Gitmeid & Associates, PLLC
100 Galleria Parkway, Suite 1570
Atlanta, GA 30339
latonya.s@gitmeidlaw.com

Harshal Jani
Law Department
Authorized Representative of Experian
Information Solutions, Inc.
Harshal.Jani@Experian.com

AKERMAN, LLP

*/s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang
Georgia Bar No. 572105
montoya.ho-sang@akerman.com
999 Peachtree St., NE, Suite 1700
Atlanta, Georgia 30309
*Counsel for NFCU*

3