IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA STINSON,<br><br>                Plaintiff,<br><br>– against–<br><br>NAVY FEDERAL CREDIT UNION and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Case No.: 1:24-cv-5432-MLB-RGV |

**NOTICE OF SETTLEMENT AS TO**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Amanda Stinson ("Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement in principle to settle the above-referenced matter and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will voluntarily dismiss Experian with prejudice once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Experian be excused from all future appearances and deadlines until this matter is dismissed.

Thank you for your time and attention to this matter.

Dated: December 16, 2024

                                  Respectfully submitted,

                                  **Law Offices of Robert S. Gitmeid & Associates, PLLC**

                                  */s/ LaTonya Sims, Esq.*
                                  By: LaTonya Sims, Esq.
                                  100 Galleria Parkway, Suite 1570
                                  Atlanta, Georgia 30339
                                  Tel: (770) 874-2445
                                  Email: LaTonya.S@gitmeidlaw.com
                                  *Attorneys for Plaintiff Amanda Stinson*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, a true and correct copy of the foregoing **Notice of Settlement as to Defendant Experian Information Solutions, Inc.** was filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

Montoya McGee Ho-Sang, Esq.
Akerman LLP
999 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Tel: (404) 733-9823
Email: montoya.ho-sang@akerman.com
*Attorneys for Defendant Navy Federal Credit Union*

Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

*LaTonya Sims, Esq*
By: LaTonya Sims, Esq.
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Attorneys for Plaintiff Amanda Stinson*